IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Charles, Ron V

Printed: 11/11/08

Case Number: 05 B 55912
Judge: Wedoff, Eugene R
Filed: 10/14/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 10, 2008
Confirmed: March 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 29,525.70 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 27,892.51 |
| Priority: |  | 5.71 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,627.48 |
| Other Funds: |  | 0.00 |
| Totals: | 29,525.70 | 29,525.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Illinois Dept of Revenue | Secured | 0.00 | 0.00 |
| 2. | Illinois Dept of Revenue | Priority | 5.67 | 5.71 |
| 3. | Capital One | Unsecured | 32.70 | 32.70 |
| 4. | Capital One | Unsecured | 48.11 | 48.11 |
| 5. | Illinois Dept of Revenue | Unsecured | 0.00 | 0.00 |
| 6. | Capital One | Unsecured | 99.84 | 99.84 |
| 7. | Capital One | Unsecured | 189.22 | 189.22 |
| 8. | Illinois Dept of Revenue | Unsecured | 2,581.21 | 2,581.21 |
| 9. | Internal Revenue Service | Unsecured | 24,941.47 | 24,941.43 |
| 10. | Internal Revenue Service | Priority |  | No Claim Filed |
| 11. | Sam's Club | Unsecured |  | No Claim Filed |
| 12. | Bank Of New York | Unsecured |  | No Claim Filed |
|  |  |  | $ 27,898.22 | $ 27,898.22 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 401.54 |
| 5% | 123.15 |
| 4.8% | 234.86 |
| 5.4% | 484.51 |
| 6.5% | 371.86 |
| 6.6% | 11.56 |
|  | $ 1,627.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Charles, Ron V

Printed: 11/11/08

Case Number:  05 B 55912
Judge:  Wedoff, Eugene R
Filed:  10/14/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

